BBMB, INC, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 79638

Missouri Court of Appeals,
Western District.

Order filed: January 10, 2017

Benjamin T. Aranda, for Appellant

Larry R. Ruhmann, for Respondent

Before Division Three: Alok Ahuja, Presiding Judge, Victor C. Howard, Judge and James E. Welsh, Judge

### ORDER

PER CURIAM:

BBMB, Inc. appeals from the decision of the Labor and Industrial Relations Commission determining that several workers performed services for wages in employment by BBMB within the meaning of those terms in sections 288.034, RSMo Cum. Supp. 2013, and 288.036, RSMo Noncum. Supp. 2015. BBMB contends that the Commission's decision was not supported by the facts found by the Commission and/or there was no sufficient, competent evidence in the record to warrant the decision. It claims that the overwhelming weight of the evidence in the record indicated that the workers were independent contractors under the factors of the common law right to control test. Because a published opinion would have no precedential value, a memorandum has been

provided to the parties. The Commission's decision is affirmed. Rule 84.16(b).